IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAMERON and JACQUELEN TRUJILLO,
Individually and as Parents of C.T.,
a minor child,

      Plaintiffs,

      v.                                                                  Cause No.: 1:14-cv-00435 JCH/SCY

BOARD OF EDUCATION OF CUBA INDEPENDENT
SCHOOL DISTRICT, VIVIAN SANDOVAL, AND
NEW MEXICO PUBLIC EDUCATION DEPARTMENT,
Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This matter comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD") regarding the proposed settlement to the claims of C.T. against Defendant Board of Education of Cuba Independent School District. *Doc. 26*. The Court appointed a guardian ad litem on October 6, 2014. On November 3, 2014, the Magistrate Judge conducted a fairness hearing, after which the guardian ad litem filed two reports regarding the settlement. *Docs. 23, 24, 25*.

On November 12, 2014 the Magistrate Judge filed his PFRD, in which he found that the settlement set forth in the guardian ad litem's reports was fair, reasonable, and in the best interest of the minor child. *Doc. 26* at 3. Neither Plaintiffs nor Defendant Board of Education of Cuba Independent School District have filed objections.

Upon a review of the record, I concur with the Magistrate Judge's findings and recommendations. Therefore, I ADOPT the Magistrate Judge's PFRD (*doc. 26*). Defendant Board of Education of Cuba Independent School District is dismissed from this action.

**IT IS SO ORDERED.**

                                                                                                             _____
                                                                                       **UNITED STATES DISTRICT JUDGE**