IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAMERON and JACQUELEN TRUJILLO,
Individually and as Parents of C.T.,
a minor child,

    Plaintiffs,

v.                                                     Case No. 1:14-cv-00435 JCH/SCY

BOARD OF EDUCATION OF CUBA INDEPENDENT
SCHOOL DISTRICT, VIVIAN SANDOVAL, AND
NEW MEXICO PUBLIC EDUCATION DEPARTMENT,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the parties' stipulated Proposed Findings and Recommended Disposition ("PFRD"), approved by Magistrate Judge Steven C. Yarbrough, who also conducted the fairness hearing in this matter (*see doc. 50*). The parties have waived the objection deadline. Upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

**IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 51*) is ADOPTED.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE